# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| D'Ette J. Nelson, f/k/a D'Ette J. Delles, | Civil No. 09-3321 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Life Insurance Company of North America, jointly and severally, Allina Health System, jointly and severally, Allina Health Systems Insurance Plan, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 39), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** on its merits, and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 15, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge